# United States District Court
Eastern District of Michigan

United States of America  **ORDER OF DETENTION PENDING TRIAL**
v.
Deshawn Sweet                    /   Case Number: 08-20448
   Defendant

  In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I – Findings of Fact
✓ (1) I find that:
  ✓ there is probable cause to believe that the defendant has committed an offense
  ✓ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841 or 846;
  ❏ under 18 U.S.C. § 924(c).

✓ (2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings
✓ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear.

✓ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II – Written Statement of Reasons for Detention
✓ I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):
  ✓ (a) nature of the offense - Defendant is charged with conspiracy to distribute more than 50 grams of cocaine base. His role appears limited to "mule" as courier for others.
  ✓ (b) weight of the evidence - The evidence is strong and the Indictment establishes probable cause.
  ✓ (c) history and characteristics of the defendant -
    ✓ 1) physical and mental condition - No health issues other than marijuana and alcohol abuse.
    ✓ 2) employment, financial, family ties - Has family ties; employment is sporadic; no asset s.
    ✓ 3) criminal history and record of appearance - One felony (obstructing police) in '07. One misdemeanor (alcohol use) in '07; Two other misdemeanors deferred.
  ❏ (d) probation, parole or bond at time of the alleged offense -
  ✓ (e) danger to another person or community - In September, 2007, defendant arrested at suspected gang related drug house in Jackson, MI . Defendant discarded a handgun and attempted to flee from police.

  Although he is defendant #8 (of 8), and his role is not central to the conspiracy charged, Defendant faces a mandatory minimum sentence of 10 years upon conviction. Based upon police reports, the evidence is strong. Not only does defendant have a strong motivation to flee, his drug activity and weapons possession constitute a danger to the community. Pretrial Services recommends release. I disagree.

## Part III – Directions Regarding Detention
  The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

            s/Donald A. Scheer
Date: August 28, 2008          *Signature of Judge*
            Donald A. Scheer, United States Magistrate Judge
            *Name and Title of Judge*